UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OSCAR MANUEL VILLEDA-<br>GONZALES,<br><br>               Petitioner,<br><br>  v.<br><br>MERRICK B. GARLAND, Attorney<br>General,<br><br>               Respondent. | Nos. 24-2689<br>         24-3137<br><br>Agency No.<br>A215-803-041<br><br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion to proceed in forma pauperis (Docket Entry No. 9 in No. 24-2689) is granted. The Clerk will amend the docket in No. 24-2689 to reflect this status.

Respondent's motion to consolidate (Docket Entry No. 11 in No. 24-2689; Docket Entry No. 7 in No. 24-3137) is granted. Nos. 24-2689 and 24-3137 are consolidated. The parties must include both case numbers on all future filings.

Petitioner's in forma pauperis status, granted in No. 24-2689, continues in these consolidated cases.

The Certified Administrative Records have been filed. The schedules for responding to the motions for a stay of removal set at case opening remain in effect.

The remainder of the briefing schedule is stayed pending resolution of the

motion for appointment of counsel (Docket Entry No. 10 in No. 24-2689).  *See* 9th

Cir. R. 27-11.