UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| OSCAR MANUEL VILLEDA-GONZALES, | No. 24-2689 |
| --- | --- |
| Petitioner, | Agency No. A215-803-041 |
| v. | ORDER |
| PAMELA BONDI, Attorney General, | |
| Respondent. | |

| OSCAR MANUEL VILLEDA-GONZALES, | No. 24-3137 |
| --- | --- |
| Petitioner, | Agency No. A215-803-041 |
| v. | |
| PAMELA BONDI, Attorney General, | |
| Respondent. | |

The motion (Docket Entry No. 24) for an extension of time to file the opening brief is granted.

The consolidated opening brief is due May 6, 2025. The consolidated answering brief is due June 5, 2025. The optional consolidated reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT